UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TIANA DANIELLE HIGHTOWER-BLUNT,<br><br>Plaintiff,<br><br>v.<br><br>THE DEPARTMENT OF VETERANS AFFAIRS HEALTH ADMINISTRATION,<br><br>Defendant. | Case No.  4:25-cv-03377-KAW<br><br>**ORDER REQUIRING PARTIES TO MEET AND CONFER REGARDING OPERATIVE COMPLAINT**<br><br>Re: Dkt. No. 41 |

On March 22, 2026,[1] Plaintiff filed her first amended complaint. (Dkt. No. 41.)  The Court notes that the "Statement of Facts" refer to the case number, which appears to be an effort to incorporate an earlier filing, which is not permitted under Civil Local Rule 10-1 ("Any party filing … an amended pleading … may not incorporate any part of a prior pleading by reference.")  Since the amended complaint replaces all previous complaints, it must be complete and it may not refer to any prior filings. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992), *as amended* (May 22, 1992) (amended pleading supersedes the original pleading, so must name all parties, and include all facts and claims).  This requires that the amended complaint state all facts relevant to the underlying claims.

Moreover, the parties are reminded that the Northern District's Guidelines for Professional Conduct require a lawyer to "engage in a good faith effort to resolve the issue" prior to filing any motion. (Northern District Guidelines § 10.)  Accordingly, the parties are ordered to meet and

---

[1] Plaintiff's deadline to file the first amended complaint was March 20, 2026. (Dkt. No. 39.) Plaintiff filed the operative complaint two days late, but the Court excuses her untimeliness. Plaintiff is advised that the failure to timely file documents going forward may lead to adverse rulings, including, but not limited to dismissal of her case.

United States District Court
Northern District of California

confer regarding the sufficiency of Plaintiff's first amended complaint prior to Defendant's filing of any response thereto.  The parties are advised that the Court would be inclined to grant a request for leave to file a second amended complaint to give Plaintiff an opportunity to file a conforming pleading, and trusts that she would utilize the services of the Federal Pro Bono Project's Help Desk in drafting that pleading.[2]

IT IS SO ORDERED.

Dated: March 23, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

[2] Pro se litigants may make a free appointment with a Help Desk attorney by calling (415) 782-8982. While the Help Desk attorneys do not provide legal representation, they may advise regarding the sufficiency of any proposed amended pleading.

2